UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| VCW ENTERPRISES, INC. D/B/A M&W | : |
| PRECAST, F/K/A MODERN PRECAST | : (Jointly Administered) |
| CONCRETE, INC., ET. AL, | : |
| | : |
| Debtors. | : Case No. 12-21304 (REF) |
| | : |
| Steelgate Partners, LLC as Liquidating Trustee | : Adversary Case No.14-00353 (REF) |
| for the VCW Creditors' Liquidating Trust, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| JM Ahle Company, Inc., | : |
| | : |
| Defendant | : |

**ORDER**

AND NOW, this **12** day of **September**, 2014 upon consideration of the Stipulation Regarding Time to Answer Plaintiffs Complaint by and between Steelgate Partners, LLC as Liquidating Trustee for the VCW Creditors' Liquidating Trust and JM Ahle Company, Inc. it is hereby:

ORDERED AND DECREED that the Stipulation is APPROVED.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE